No. 87–1909.  HOULTON v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 87–1910.  WESTMORELAND v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–1912.  WARD v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 87–1915.  GARCIA-CABAN ET AL. v. UNIVERSITY OF PUERTO RICO ET AL.  Sup. Ct. P. R.  Certiorari denied.

No. 87–1917.  LOVE BOX CO., INC. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 10th Cir.  Certiorari denied.

No. 87–1918.  TRANS WORLD AIRLINES, INC. v. NATIONAL MEDIATION BOARD ET AL.;

No. 87–2069.  INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO v. TRANS WORLD AIRLINES, INC.; and

No. 87–2101.  BOLLER ET AL. v. NATIONAL MEDIATION BOARD ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 87–1919.  YUKON ENERGY CORP. v. HAGERMAN.  C. A. 8th Cir.  Certiorari denied.

No. 87–1920.  CHOLODENKO v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 87–1921.  WINSLOW ET UX. v. WILLIAMS ET AL.  Ct. App. Colo.  Certiorari denied.

No. 87–1922.  NL INDUSTRIES, INC. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 87–1923.  GARVER v. UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–1925.  PATH-SCIENCE LABORATORIES, INC., ET AL. v. GREENE COUNTY HOSPITAL.  C. A. 5th Cir.  Certiorari denied.